IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00385-MJW

R. ANDRE KLEIN,
derivatively on behalf of THE WESTERN UNION COMPANY,

Plaintiff,

v.

HIKMET ERSEK,
SCOTT T. SCHEIRMAN,
JACK M. GREENBERG,
DINYAR S. DEVITRE,
RICHARD A. GOODMAN,
BETSY D. HOLDEN,
LINDA FAYNE LEVINSON,
ROBERTO G. MENDOZA,
MICHAEL A. MILES, JR.,
WULF von SCHIMMELMANN, and
SOLOMON D. TRUJILLO,

Defendants,

and

THE WESTERN UNION COMPANY, a Delaware Corporation,

Nominal Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion to Vacate the April 16, 2014 Scheduling Conference and Associated Deadlines (Docket No. 14) is GRANTED.  The Scheduling Conference set for April 16, 2014 at 10:00 a.m., and all associated deadlines, are VACATED.

Date: April 7, 2014